**Entered on Docket
September 01, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

___

**ORD**
Boris Avramski, Esq.
Nevada Bar No. 11350
AVRAMSKI LAW, PC
4640 W. Charleston Blvd.
Las Vegas, NV 89102
Phone: (702) 685-3618
Fax: (702) 664-0555
E-mail: bkhelpvegas@yahoo.com
Attorney for debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO: 10-10287-LBR <br> Chapter 13 |
| CHARENA M HAMADA | **ORDER ON EX PARTE MOTION TO DISMISS CHAPTER 13 CASE** |
| Debtor(s) | Date: N/A <br> Time: N/A |

**THE DEBTOR**, CHARENA M HAMADA, by and through her attorney of record, Boris Avramski, Esq., having properly elected, pursuant to 11 USC § 1307(b), to dismiss the above captioned case and good cause appearing.

///

///

///

///

1

**ORDER ON MOTION TO DISMISS CHAPTER 13 CASE**

**IT IS HEREBY ORDERD AND GIVEN NOTICE THAT:**

1. The EX PARTE MOTION TO DISMISS CHAPTER 13 CASE is granted.

/s/BORIS AVRAMSKI, ESQ.
Boris Avramski, Esq.
Nevada Bar No. 11350
4640 W. Charleston Blvd.
Las Vegas, NV 89102
Phone: (702) 685-3618
Fax: (702) 664-0555
E-mail: bkhelpvegas@yahoo.com
Attorney for debtor

ORDER ON MOTION TO DISMISS CHAPTER 13 CASE